O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation, | ) ) ) ) | Case No. CV 12-07198 DDP (JCx) **ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION** |
|---|---|---|
| Plaintiff, | ) ) | |
| v. | ) ) | |
| KB HOME COASTAL, INC., a California Corporation, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

The court orders Plaintiff to show cause why this action should not be dismissed for lack of subject matter jurisdiction. Plaintiff filed its Complaint in this court on August 21, 2012, on the basis of diversity jurisdiction. It is not clear to the court that the amount in controversy in this matter exceeds $75,000, as is required to establish diversity jurisdiction under 28 U.S.C. § 1332.

Plaintiff seeks declaratory relief and asserts breach of contract claims based on Defendants' alleged refusal, in violation of the parties' insurance policies, to accept counsel chosen by

1  Plaintiff to represent and defend Defendants in several lawsuits.
2  Plaintiff claims that the amount in controversy exceeds $75,000
3  "and represents fees and costs sought by [Defendants] from
4  Plaintiff in connection with its defense and indemnification in
5  [the underlying] lawsuits." (Compl. ¶ 6.)  Because Plaintiff does
6  not offer any facts or analysis in support of this assertion, the
7  court is not persuaded that the amount in controversy requirement
8  is met.
9      Accordingly, the court orders the parties to file cross-
10 briefs, not to exceed ten pages, by Thursday, September 27, 2012,
11 to show cause why this action should not be dismissed for failure
12 to satisfy the amount in controversy requirement.  The parties
13 should also deliver a courtesy copy to chambers, Room 244-J, Second
14 Floor, 312 N. Spring Street, Los Angeles.  The court notes that
15 Plaintiff has the burden of establishing subject matter
16 jurisdiction.  If a party does not file a brief, the court will
17 regard the party as not opposing dismissal of this matter.

19 IT IS SO ORDERED.

22 Dated: September 17, 2012
                                      _____
                                       DEAN D. PREGERSON
                                       United States District Judge

2